JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　Plaintiff,<br><br>　　　　v.<br><br>SAMUEL TRELAWNEY<br>HUGHES,<br>　Defendant. | CV 23-3222 DSF<br>CR 20-322 DSF<br><br><br>JUDGMENT |

　The Court having denied Defendant's motion under 28 U.S.C. § 2255,

　IT IS ORDERED AND ADJUDGED that Defendant not receive the relief sought in the motion.

Date: June 1, 2023

　　　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　United States District Judge